FILED & ENTERED

AUG 27 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>HOVHANNES NAZARYAN,<br><br>Debtor. | Case No. 1:25-bk-10617-MB<br><br>Chapter 7<br><br>Adv. No. 1:26-ap-01031-MB |
| MEHRAN JAVAHERIAN,<br><br>Plaintiff,<br><br>v.<br><br>HOVHANNES NAZARYAN,<br><br>Defendant. | **ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND EXTENDING RELATED DEADLINES**<br><br>Hearing Information<br><br>Date: October 13, 2026<br>Time: 1:30 p.m. Pacific Time<br>Place: Courtroom 303<br>21041 Burbank Blvd.,<br>Woodland Hills, CA 91367<br><br>Parties in interest may appear in person or remotely using ZoomGov video and audio:<br><br>URL: https://cacb.zoomgov.com/j/1655861639<br>Meeting ID: 165 586 1639<br>Password: 821186<br>Telephone Numbers: 1 (669) 254 5252<br>or 1 (646) 828 7666<br>or 1 (669) 216 1590<br>or 1 (551) 285 1373<br>or 1 (833) 568 8864 |

On April 14, 2025, Hovhannes Nazaryan ("Defendant") filed a chapter 7 petition, initiating the bankruptcy case set forth in the caption of this order. Case Dkt. 1. Defendant is represented in the bankruptcy case by attorney Anita Khachikyan of Khach Law Group, PC. *Id*. at 7, 53.

On June 1, 2026, Mehran Javaherian ("Plaintiff") filed an *Adversary Complaint for: (1) Declaratory Judgment and (2) Injunctive Relief* against Defendant, initiating the adversary proceeding set forth in the caption of this order. Adv. Dkt. 1. On June 23, 2026, Plaintiff filed an amended motion for a preliminary injunction. Adv. Dkt. 6 (the "Motion").

On July 16, 2026, the Court entered an order setting a hearing on the Motion for September 24, 2026 at 1:30 p.m. Pacific Time, and setting related deadlines. Adv. Dkt. 7.[1] Specifically, the order required:

> 3. **No later than August 20, 2026**, Plaintiff shall file with this Court an authenticated copy of: (a) Defendant's complaint in the State Court Action, and (b) the Lis Pendens.
>
> 4. **No later than August 27, 2026**, any opposition to the Motion by Defendant shall be filed with the Court and served on Plaintiff.
>
> 5. **No later than September 3, 2026**, any reply by Plaintiff shall be filed with the Court and served via U.S. mail, first class to Defendant…. No further briefing shall be permitted.

*Id*. at 8 (emphasis in original).

On July 22, 2026, Plaintiff filed a further amended motion for a preliminary injunction. Adv. Dkt. 12. However, to date, Plaintiff did not attach to that further amended motion or otherwise timely "file with this Court an authenticated copy of: (a) Defendant's complaint in the State Court Action, and (b) the Lis Pendens." *See* Adv. Dkt. 7 at 8.

On August 25, 2026, Defendant filed via U.S. mail a "Letter to Chambers Regarding Status of Counsel and Pending Filings." Adv. Dkt. 14. Defendant represents that he is currently incarcerated at the satellite camp of the Texarkana federal correctional institution. *Id*. The letter is a print-out of an email from Zarik Minasyan to Defendant's email account in TRULINCS, the Federal Bureau of Prisons' prisoner email system. *Id*. Defendant signed the letter. *Id*. In it, Defendant states that he has prepared, but been unable to file: (1) his answer to Plaintiff's complaint; (2) his opposition to the Motion; and

[1] The July 16, 2026 order provides further background regarding the bankruptcy case and this adversary proceeding.

(3) his motion to set aside the default entered against him in a different adversary proceeding, *see* Adv. No. 1:25-ap-01058-MB Dkt. 6.

Defendant contends that he is unable to file such papers because his “former counsel, Anita Khachikyan…, remains counsel of record while her withdrawal is pending.” Adv. Dkt. 14. However, Ms. Khachikyan is Defendant’s counsel of record in the bankruptcy case *only*. Defendant is self-represented in this adversary proceeding, and in the other adversary proceeding referenced in his letter (Adv. No. 1:25-ap-01058-MB). On August 13, 2026, Ms. Khachikyan filed in the bankruptcy case a “Motion for Order Permitting [Withdrawal] of Attorney and Authorizing Debtor to Proceed In Pro Per.” Case Dkt. 150. The withdrawal motion is set for hearing on September 15, 2026 at 11:00 a.m. Case Dkt. 152.

For good cause appearing, it is **ORDERED** that:

1. The hearing on the Motion is **CONTINUED** to **October 13, 2026, at 1:30 p.m. Pacific Time**;

2. Plaintiff’s deadline to file with this Court an authenticated copy of (a) Defendant’s complaint in the State Court Action, and (b) the Lis Pendens is extended to **September 3, 2026**;

3. Defendant’s deadline to file with the Court and serve on Plaintiff any opposition to the Motion is extended to **September 28, 2026**; and

4. Plaintiff’s deadline to file with the Court and serve on Defendant any reply is extended to **October 8, 2026**. No further briefing shall be permitted.

###

Date: August 27, 2026

Martin R Barash
United States Bankruptcy Judge

**NOTICE OF ENTERED ORDER**

Notice is given by the court that an order entitled "Order Continuing Hearing on Plaintiff's Motion for Preliminary Injunction and Extending Related Deadlines" was entered on the date indicated as "Entered" on the first page of this order and will be served in the manner indicated below.

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and Local Bankruptcy Rules, the foregoing document was served on the following persons by the court via NEF and hyperlink to the order. As of **August 27, 2026,** the following persons are currently on the Electronic Mail Notice List for this adversary proceeding to receive NEF transmission at the email addresses indicated below:

- **Sanaz Sarah Bereliani (Plaintiff's Counsel)** berelianilaw@gmail.com, chris@berelianilaw.com;r48595@notify.bestcase.com
- **United States Trustee (SV)** ustpregion16.wh.ecf@usdoj.gov
- **Nancy J Zamora (Trustee)** zamora3@aol.com, nzamora@ecf.axosfs.com

**II. SERVED BY THE COURT VIA U.S. MAIL:** On the date indicated as "Entered" on the first page of this document, a true copy was sent by United States Mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

**Defendant**
Hovhannes Nazaryan, Register No. 86590-509
FCI Texarkana
Federal Correctional Institution
Satellite Camp
P.O. Box 9300
Texarkana, TX 75505

"Special Mail – Open only in the presence of the inmate"

Dated: August 27, 2026

/s/Julie Cetulio
Deputy Clerk