| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Sanaz Sarah Bereliani, Esq.**<br>**BERELIANI LAW FIRM, PC**<br>**12100 Wilshire Blvd., 8th Floor**<br>**Los Angeles, CA 90025**<br>**Tel: 310-882-5482 Fax: 888-876-0896**<br>California State Bar Number: **256465 CA**<br>**Email: berelianilaw@gmail.com**<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for:* **Plaintiff** | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br>**Hovhannes Nazaryan**<br><br>Debtor(s). | CASE NO.: **1:25-bk-10617-MB**<br>ADVERSARY NO.: **1:26-ap-01031-MB**<br>CHAPTER: **7** |
| **MEHRAN JAVAHERIAN**<br><br>Plaintiff(s). | ***UNILATERAL*** **STATUS REPORT**<br>**[LBR 7016-1(a)(2)]** |
| vs.<br><br>**HOVHANNES NAZARYAN**<br><br>Defendant(s). | DATE: **October 13, 2026**<br>TIME: **1:30 PM**<br>COURTROOM: : **303**<br>PLACE: **21041 Burbank Blvd**<br>**Woodland Hills, CA 91367** |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc? (Claims Documents) ☑ Yes ☐ No
2. Have all parties filed and served answers to the Claims Documents? ☑ Yes ☐ No
3. Have all motions addressed to the Claims Documents been resolved? ☐ Yes ☑ No
4. Have counsel met and conferred in compliance with LBR 7026-1? ☐ Yes ☑ No

If your answer to any of the four preceding questions is anything other than an unqualified "YES," then please explain below (or on attached page): **Debtor/Defendant has been incarcerated and besides receiving mail at the federal prison, I have not had success in other communication opportunities. Plaintiff's Amended Motion for Preliminary Injunction (Dkt. 12) is pending and to be heard at the same date and time as this status conference. Further, Plaintiff reserves the right to amend or supplement the Complaint to address the First Amended Complaint filed in the State Court Action, including its naming of Benjamin Javaherian.**

5.

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

| Plaintiff | Defendant |
|---|---|
| **Plaintiff anticipates the matter to be resolved by dispositive motion. However, if need be, then March 2027** | |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay:

| Plaintiff | Defendant |
|---|---|
| **Debtor has been incarcerated. State Court Case must be removed to this Adversary.** | |

3. When do you expect to complete your discovery efforts?

| Plaintiff | Defendant |
|---|---|
| **If necessary, then January 2027** | |

4. What additional discovery do you require to prepare for trial?

| Plaintiff | Defendant |
|---|---|
| **Written discovery and subpoena'd documents.** | |

**C. TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (*including rebuttal stage if applicable*)?

| Plaintiff | Defendant |
|---|---|
| **1/2 to 1 day** | |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

| Plaintiff | Defendant |
|---|---|
| **TBD** | |

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| **TBD** | |

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☑ is ☐ is not requested. | Pretrial conference ☐ is ☐ is not requested. |
| Reasons: ______ | Reasons: ______ |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| *(date)* **February 15, 2027** | *(date)* ______ |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?
   **N/A**

2. Has this dispute been formally mediated? ☐ Yes ☑ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes ☑ No | ☐ Yes ☐ No |

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☑ I do consent | ☐ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

***Nazaryan v. Javaherian*, LASC No. 26VECV02080 (Hon. Elaine W. Mandel, Dept. B): hearing on Defendant's motion to amend his prayer October 8, 2026; Case Management Conference November 4, 2026. Plaintiff is removing this state court case to this Adversary Proceeding.**

Respectfully submitted,

| | |
|---|---|
| Date: **September 29, 2026** | Date: |
| **Bereliani Law Firm, PC** | |
| Printed name of law firm | Printed name of law firm |
| /s/ Sanaz Sarah Bereliani | |
| Signature | Signature |
| **Sanaz Sarah Bereliani, Esq.** | |
| Printed name | Printed name |
| Attorney for: **Mehran Javaherian** | Attorney for: |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**12100 Wilshire Blvd., 8th Floor**
**Los Angeles, CA 90025**

A true and correct copy of the foregoing document entitled (*specify*): **Unilateral Status Report** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **9/29/2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Sanaz Sarah Bereliani berelianilaw@gmail.com, chris@berelianilaw.com;r48595@notify.bestcase.com**
**United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov**
**Nancy J Zamora (TR) zamora3@aol.com, nzamora@ecf.axosfs.com**

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On **9/29/2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Hon. Martin R. Barash**
**US Bankruptcy Court**
**21041 Burbank Blvd, Ste 342**
**Woodland Hills, CA 91367**

**Hovhannes Nazaryan - 86590-509**
**FCI Texarkana Satellite Prison Camp**
**PO Box 9300**
**Texarkana, TX 75505**

**Hovhannes Nazaryan**
**24366 la Masina Court**
**Calabasas, CA 91302**

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/29/2026 | Andrea Gomez | /s/ Andrea Gomez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |