FILED
OCT 23 2026
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

Hovhannes Nazaryan, Pro Se
c/o Orion RRC
Behavioral Systems Southwest
8141 Orion Avenue
Van Nuys, CA 91406
(213) 800-0009
clericalassistant.nazaryan@gmail.com

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>HOVHANNES NAZARYAN,<br><br>Debtor.<br><br>MEHRAN JAVAHERIAN,<br><br>Plaintiff,<br><br>vs.<br><br>HOVHANNES NAZARYAN,<br><br>Defendant. | Case No.: 1:25-bk-10617-MB<br><br>Chapter 7<br><br>Adv. No.: 1:26-ap-01031-MB<br><br>Hon. Martin R. Barash<br><br>OBJECTION TO FORM OF LODGED ORDER<br><br>[Adv. Dkt. 28 – Notice Of Lodgment Filed October 15, 2026] |

Hovhannes Nazaryan, defendant, objects to the form of the proposed order lodged on October 15, 2026 [Adv. Dkt. 28], on Plaintiffs' Amended Motion for Preliminary Injunction.

At the hearing on October 13, 2026, the Court stated that the order should also provide that the sale will not happen until there is a ruling regarding the personal property. Plaintiffs' counsel stated that was "fine." The Court then stated, that "fair is fair" and that the personal property is not going anywhere until the court decides.

On October 19, 2026, Defendant emailed Plaintiffs' counsel and requested that the proposed order be revised to include the Court's direction. A copy of that email is attached as **Exhibit B**. Counsel has not revised the order.

Defendant contacted chambers and was informed that this is the time to file an objection to the form of the order. A transcript of the October 13, 2026 hearing has been ordered. See Adv. Dkts. 29 and 30.

The proposed order does not contain the Court's direction concerning the sale. It addresses only the recording of instruments against the real property and denies the motion in all other respects. Defendant

requests that the Court direct the entry of an order that reflects the Court's oral direction, or that the Court enter the alternative form of order lodged herewith

Dated this 22nd day of October, 2026.

Hovhannes Nazaryan, Pro Se

Hovhannes Nazaryan, Pro Se
c/o Orion RRC
Behavioral Systems Southwest
8141 Orion Avenue
Van Nuys, CA 91406
(213) 800-0009
clericalassistant.nazaryan@gmail.com



MADE WITH Scanner App

Attorney or Party Name, Address, Telephone and FAX Nos., State Bar No. & Email Address
**Sanaz Sarah Bereliani, Esq. 256465**
**12100 Wilshire Blvd., 8th Floor**
**Los Angeles, CA 90025**
**310-882-5482 Fax: 888-876-0896**
California State Bar Number: **256465 CA**
**bereliani law@gmail.com**

☐ Individual appearing without attorney
☑ Attorney for

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

**Hovhannes Nazaryan**
Debtor(s).

**Mehran Javaherian**
Plaintiff(s),

vs.

**Hovhannes Nazaryan**
Defendant.

CASE NO.: **1:25-bk-10617-MB**
CHAPTER: **7**
ADVERSARY NO.: **1:26-ap-01031-MB**

**NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**
RE: (title of motion[1]):
**PLAINTIFF'S AMENDED MOTION FOR PRELIMINARY INJUNCTION [ADV. DKT. 12] AND CONTINUING STATUS CONFERENCE**

PLEASE TAKE NOTE that the order or judgment titled **ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S AMENDED MOTION FOR PRELIMINARY INJUNCTION [ADV. DKT. 12] AND CONTINUING STATUS CONFERENCE** was lodged on (date) **10/15/2026** and is attached. This order relates to the motion which is docket number **12**.

[1] Please abbreviate if title cannot fit into text field.

Exhibit A – 2

L.O.U
Lodged Order Upload

**Adversary LODGED ORDER UPLOAD FORM**

Thursday, October 15, 2026

CONFIRMATION :

Your Lodged Order Info:
( **11359030.doc** )
A new order has been added

- **Office**: San Fernando Valley
- **Case Title**: Javaherian v. Nazaryan
- **Case Number**: 26-01031
- **Judge Initial**: MB
- **Case Type**: ap ( Adversary )
- **Document Number**: 12
- **On Date**: 10/15/2026 @ 12:05 PM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

Exhibit A – 3

Sanaz Sarah Bereliani, Esq. (SBN 256465)
BERELIANI LAW FIRM, PC
12100 Wilshire Boulevard, 8th Floor
Los Angeles, California 90025
Telephone: (310) 882-6258
Facsimile: (888) 876-0896
Email: sanaz@berelianilaw.com

Attorneys for Defendants
Mehran Javaherian

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>HOVHANNES NAZARYAN,<br><br>Debtor.<br><br>MEHRAN JAVAHERIAN,<br><br>Plaintiff,<br><br>v.<br><br>HOVHANNES NAZARYAN,<br><br>Defendant. | Case No. 1:25-bk-10617-MB<br><br>Chapter 7<br><br>Adv. No. 1:26-ap-01031-MB<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S AMENDED MOTION FOR PRELIMINARY INJUNCTION [ADV. DKT. 12] AND CONTINUING STATUS CONFERENCE**<br><br><u>Hearing:</u><br>Date: October 13, 2026<br>Time: 1:30 p.m.<br>Place: Courtroom 303<br>21041 Burbank Blvd.<br>Woodland Hills, CA 91367<br>Judge: Hon. Martin R. Barash |

On October 13, 2026, at 1:30 p.m., the Court held a hearing on the *Amended Notice of Motion and Motion for Preliminary Injunction* filed by Plaintiff Mehran Javaherian ("Plaintiff") on July 22, 2026 [Adv. Dkt. 12] (the "Motion") (Calendar No. 6, continued from September 24, 2026), together with the status conference on the Complaint [Adv. Dkt. 1] in this adversary proceeding (Calendar No. 7, continued from September 24, 2026), in Courtroom 303 of the above-captioned Court. No tentative ruling was posted. Sanaz Sarah Bereliani of Bereliani Law

Firm, PC appeared by ZoomGov on behalf of Plaintiff. Defendant Hovhannes Nazaryan ("Defendant") appeared by ZoomGov on his own behalf. No other appearances were made.

The Court, having read and considered the Motion; the opposition to the Motion filed by Defendant on September 28, 2026 [Adv. Dkt. 19]; Plaintiff's reply [Adv. Dkt. 22], the Declaration of Mehran Javaherian [Adv. Dkt. 23], and the Supplemental Declaration of Sanaz Sarah Bereliani [Adv. Dkt. 24], each filed on October 7, 2026; the *Supplemental Declaration of Sanaz Sarah Bereliani Correcting the Record Regarding Lis Pendens* filed on October 12, 2026 [Adv. Dkt. 26]; the other pleadings and papers on file in this adversary proceeding and in the underlying bankruptcy case; and the arguments of Plaintiff's counsel and Defendant at the hearing; and good cause appearing therefor, for the reasons stated by the Court on the record at the hearing,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED IN PART and DENIED IN PART, as set forth below.

2. Pending entry of a final judgment in this adversary proceeding or further order of this Court, Defendant Hovhannes Nazaryan, and his agents, representatives, attorneys, successors, and assigns, and all persons acting in concert or participation with him or on his behalf, are enjoined and restrained from filing or recording, or causing or directing any third party to file or record on his behalf, any notice of pendency of action (lis pendens), lien, claim of interest, deed, encumbrance, notice, or other document or instrument of any kind, with the Los Angeles County Registrar-Recorder/County Clerk, any other county recorder, the California Secretary of State, or any other recording or filing office, that relates to or purports to affect the real property commonly known as 24366 La Masina Court, Calabasas, California 91302 (the "Property"), or any other real property.

3. Except as expressly set forth in paragraph 2 above, the Motion is DENIED in all other respects. Without limiting the foregoing, to the extent the Motion sought an order compelling the withdrawal or expungement of a notice of pendency of action, that request is denied because, as reflected in the *Supplemental Declaration of Sanaz Sarah Bereliani*

*Correcting the Record Regarding Lis Pendens* [Adv. Dkt. 26], no notice of pendency of action was recorded against the Property, and there is therefore nothing to withdraw or expunge.

4. The status conference on the Complaint in this adversary proceeding is continued to November 24, 2026, at 1:30 p.m., in Courtroom 303 of the United States Bankruptcy Court, 21041 Burbank Boulevard, Woodland Hills, California 91367.

###

Exhibit A – 6

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**12100 Wilshire Blvd., 8th Floor**
**Los Angeles, CA 90025**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **10/15/2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**Sanaz Sarah Bereliani: berelianilaw@gmail.com**
**Nancy J Zamora (TR): zamora3@aol.com, nzamora@ecf.axosfs.com**
**United States Trustee (SV): ustpregion16.wh.ecf@usdoj.gov**

☐ Service information continued on attached page

2. SERVED BY UNITED STATES MAIL:
On **10/15/2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Plaintiff, pro se: Hovhannes Nazaryan, c/o Orion RRC, Behavioral Systems Southwest, 8141 Orion Avenue, Van Nuys, CA 91406

☐ Service information continued on attached page

3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **10/15/2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Plaintiff, pro se: Hovhannes Nazaryan: clericalassistant.nazaryan@gmail.com**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| **October 15, 2026** | **Andrea Gomez** | **/s/ Andrea Gomez** |
| *Date* | *Printed Name* | *Signature* |

Exhibit B – Email from Hovhannes Nazaryan to Sanaz Sarah Bereliani dated October 19, 2026, requesting revision of the lodged order

Gmail **Clerical Assistant <clericalassistant.nazaryan@gmail.com>**

# Form of Lodged Order – Adv. No. 1:26-ap-01031-MB

1 message

**Clerical Assistant** <clericalassistant.nazaryan@gmail.com> Mon, Oct 19, 2026 at 5:34 AM
To: Sanaz Sarah Bereliani <sanaz@berelianilaw.com>

Ms. Bereliani,

I received the Notice of Lodgment of the proposed order on Plaintiff's Amended Motion for Preliminary Injunction.

At the October 13 hearing the Court stated that the sale will not happen until there is a ruling on the personal property. The proposed order does not reflect that statement. It addresses only the recording of instruments against the real property.

Please revise the proposed order to include the Court's direction that no sale of the real property or the personal property will occur until there is a ruling on the personal property, or until further order of the Court. If you will not revise it, please let me know so I can file an objection to the form of the order.

Thank you.

Hovhannes Nazaryan

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>HOVHANNES NAZARYAN,<br><br>Debtor.<br><br>MEHRAN JAVAHERIAN,<br><br>Plaintiff,<br><br>vs.<br><br>HOVHANNES NAZARYAN,<br><br>Defendant. | Case No.: 1:25-bk-10617-MB<br><br>Chapter 7<br><br>Adv. No.: 1:26-ap-01031-MB<br><br>Hon. Martin R. Barash<br><br>**[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' AMENDED MOTION FOR PRELIMINARY INJUNCTION** |

The Court having held a hearing on October 13, 2026, at 1:30 p.m., on the Amended Notice of Motion and Motion for Preliminary Injunction filed by Plaintiff Mehran Javaherian ("Plaintiff") on July 22, 2026 [Adv. Dkt. 12] (the "Motion") (Calendar No. 6, continued from September 24, 2026), together with the status conference on the Complaint [Adv. Dkt. 1] in this adversary proceeding (Calendar No. 7, continued from September 24, 2026), in Courtroom 303 of the above-captioned Court. No tentative ruling was posted. Sanaz Sarah Bereliani of Bereliani Law Firm, PC appeared by ZoomGov on behalf of Plaintiff. Defendant Hovhannes Nazaryan ("Defendant") appeared by ZoomGov on his own behalf. No other appearances were made.

The Court, having read and considered the Motion; the opposition to the Motion filed by Defendant on September 28, 2026 [Adv. Dkt. 19]; Plaintiff's reply [Adv. Dkt. 22], the Declaration of Mehran Javaherian [Adv. Dkt. 23], and the Supplemental Declaration of Sanaz Sarah Bereliani [Adv. Dkt. 24], each filed on October 7, 2026; the Supplemental Declaration of Sanaz Sarah Bereliani Correcting the Record Regarding Lis Pendens filed on October 12, 2026 [Adv. Dkt. 26]; the other pleadings and papers on file in this adversary proceeding and in the underlying bankruptcy case; and the arguments of Plaintiff's counsel and Defendant at the hearing; and good cause appearing therefor, for the reasons stated by the Court on the record at the hearing,

**IT IS ORDERED that:**

1. The Motion is GRANTED IN PART and DENIED IN PART, as set forth below.
2. Pending entry of a final judgment in this adversary proceeding or further order of this Court, Defendant Hovhannes Nazaryan, and his agents, representatives, attorneys, successors, and assigns, and all persons acting in concert or participation with him or on his behalf, are enjoined and restrained from filing or recording, or causing or directing any third party to file or record on his behalf, any notice of pendency of action (lis pendens), lien, claim of interest, deed, encumbrance, notice, or other document or instrument of any kind, with the Los Angeles County Registrar-Recorder/County Clerk, any other county recorder, the California Secretary of State, or any other recording or filing office, that relates to or purports to affect the real property commonly known as 24366 La Masina Court, Calabasas, California 91302 (the "Property"), or any other real property.
3. No sale of the real property or of the personal property located at the Property shall occur until there is a ruling regarding the personal property, or until further order of this Court.
4. Except as expressly set forth in paragraphs 2 and 3 above, the Motion is DENIED in all other respects. Without limiting the foregoing, to the extent the Motion sought an order compelling the withdrawal or expungement of a notice of pendency of action, that request is denied because, as reflected in the Supplemental Declaration of Sanaz Sarah Bereliani Correcting the Record Regarding Lis Pendens [Adv. Dkt. 26], no notice of pendency of action was recorded against the Property, and there is therefore nothing to withdraw or expunge.
5. The status conference on the Complaint in this adversary proceeding is continued to November 24, 2026, at 1:30 p.m., in Courtroom 303 of the United States Bankruptcy Court, 21041 Burbank Boulevard, Woodland Hills, California 91367.

Dated: ________________.

______________________________
Martin R. Barash
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**c/o Orion RRC, Behavioral Systems Southwest, 8141 Orion Avenue, Van Nuys, CA 91406**

A true and correct copy of the foregoing document entitled (*specify*):
**Objection to Form of Lodged Order [Adv. Dkt. 28],** and
**[Proposed] Order Granting in Part and Denying in Part Plaintiffs' Amended Motion for Preliminary Injunction**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **10/22/2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Sanaz Sarah Bereliani: berelianilaw@gmail.com**

**Nancy J. Zamora (TR): zamora3@aol.com, nzamora@ecf.axosfs.com**

**United States Trustee (SV): ustpregion16.wh.ecf@usdoj.gov**

☐ Service information continued on attached page

2. SERVED BY UNITED STATES MAIL:
On (*date*) _______________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **10/22/2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**(Overnight Mail):**
**Hon. Martin R. Barash**
**United States Bankruptcy Court**
**21041 Burbank Boulevard**
**Courtroom 303**
**Woodland Hills, CA 91367**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 10/22/2026 | Hovhannos Nazaryan | |
| *Date* | *Printed Name* | *Signature* |



MADE WITH Scanner App