FILED & ENTERED

NOV 03 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>HOVHANNES NAZARYAN,<br><br>Debtor. | Case No. 1:25-bk-10617-MB<br><br>Chapter 7<br><br>Adv. No. 1:26-ap-01031-MB |
| MEHRAN JAVAHERIAN,<br><br>Plaintiff,<br><br>v.<br><br>HOVHANNES NAZARYAN,<br><br>Defendant. | **ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S AMENDED MOTION FOR PRELIMINARY INJUNCTION [ADV. DKT. 12] AND CONTINUING STATUS CONFERENCE**<br><br>Continued Hearing Information:<br><br>Date: November 24, 2026<br>Time: 1:30 p.m.<br>Place: Courtroom 303<br>21041 Burbank Blvd.,<br>Woodland Hills, CA 91367<br><br>URL: https://cacb.zoomgov.com/j/1658590389<br>Meeting ID: 165 859 0389<br>Password: 051350<br>Telephone: 1 (669) 254 5252 or<br>1 (646) 828 766 |

On October 13, 2026, at 1:30 p.m., the Court held a hearing on the *Amended Notice of Motion and Motion for Preliminary Injunction* filed by Plaintiff Mehran Javaherian ("Plaintiff") on July 22, 2026 [Adv. Dkt. 12] (the "Motion") (Calendar No. 6, continued from September 24, 2026), together with the status conference on the Complaint [Adv. Dkt. 1] in this adversary proceeding (Calendar No. 7, continued from September 24, 2026), in Courtroom 303 of the above-captioned Court. No tentative

ruling was posted. Sanaz Sarah Bereliani of Bereliani Law Firm, PC appeared by ZoomGov on behalf of Plaintiff. Defendant Hovhannes Nazaryan ("Defendant") appeared by ZoomGov on his own behalf. No other appearances were made.

The Court, having read and considered the Motion; the opposition to the Motion filed by Defendant on September 28, 2026 [Adv. Dkt. 19]; Plaintiff's reply [Adv. Dkt. 22], the Declaration of Mehran Javaherian [Adv. Dkt. 23], and the Supplemental Declaration of Sanaz Sarah Bereliani [Adv. Dkt. 24], each filed on October 7, 2026; the *Supplemental Declaration of Sanaz Sarah Bereliani Correcting the Record Regarding Lis Pendens* filed on October 12, 2026 [Adv. Dkt. 26]; the other pleadings and papers on file in this adversary proceeding and in the underlying bankruptcy case; and the arguments of Plaintiff's counsel and Defendant at the hearing; and good cause appearing therefor, for the reasons stated by the Court on the record at the hearing,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED IN PART and DENIED IN PART, as set forth below.

2. Pending entry of a final judgment in this adversary proceeding or further order of this Court, Defendant Hovhannes Nazaryan, and his agents, representatives, attorneys, successors, and assigns, and all persons acting in concert or participation with him or on his behalf, are enjoined and restrained from filing or recording, or causing or directing any third party to file or record on his behalf, any notice of pendency of action (lis pendens), lien, claim of interest, deed, encumbrance, notice, or other document or instrument of any kind, with the Los Angeles County Registrar-Recorder/County Clerk, any other county recorder, the California Secretary of State, or any other recording or filing office, that relates to or purports to affect the real property commonly known as 24366 La Masina Court, Calabasas, California 91302 (the "Property")~~, or any other real property~~.

3. Pending further order of this Court, no sale of the Property or any personal property at the Property at issue in this adversary proceeding shall occur until the Court has ruled on the ~~issues~~ rights of the parties relating to the personal property. ~~This provision reflects the Court's direction stated at the October 13, 2026 hearing and shall remain in effect unless and until the Court enters a further order modifying or lifting this restriction.~~

4. Except as expressly set forth in paragraphs 2 and 3 above, the Motion is DENIED in all other respects. Without limiting the foregoing, to the extent the Motion sought an order compelling the withdrawal or expungement of a notice of pendency of action, that request is denied because, as reflected in the *Supplemental Declaration of Sanaz Sarah Bereliani Correcting the Record Regarding Lis Pendens* [Adv. Dkt. 26], no notice of pendency of action was recorded against the Property, and there is therefore nothing to withdraw or expunge.

4. The status conference on the Complaint in this adversary proceeding is continued to November 24, 2026, at 1:30 p.m., in Courtroom 303 of the United States Bankruptcy Court, 21041 Burbank Boulevard, Woodland Hills, California 91367.

###

Date: November 3, 2026

Martin R Barash
United States Bankruptcy Judge